No. 81–1731. SCHATZLE v. KIRKPATRICK, SECRETARY OF STATE OF MISSOURI, ET AL. D. C. W. D. Mo. Motion of appellant to expedite consideration of the appeal denied.

No. 81–5321. ENMUND v. FLORIDA. Sup. Ct. Fla. [Certiorari granted, 454 U. S. 939.] Motion of respondent to strike portions of petitioner's reply brief denied.

No. 81–6187. IN RE BOYER. Petition for writ of mandamus denied.

No. 81–6192. IN RE HANSON. Petition for writ of prohibition denied.

No. 81–1370. ENERGY RESERVES GROUP, INC. v. KANSAS POWER & LIGHT CO. Appeal from Sup. Ct. Kan. Motion of State Corporation Commission of Kansas for leave to file a brief as *amicus curiae* granted. Probable jurisdiction noted.

No. 81–1095. MORRIS, WARDEN v. SLAPPY. C. A. 9th Cir. Certiorari granted.

No. 81–1476. UNITED STATES v. RODGERS ET AL.; and UNITED STATES v. INGRAM ET AL. C. A. 5th Cir. Certiorari granted. Reported below: 649 F. 2d 1117 (first case); 649 F. 2d 1128 (second case).

No. 80–2128. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY v. HENSLEY. C. A. D. C. Cir. Certiorari denied.

No. 81–547. DIAZ ET AL. v. BEYER ET UX. Ct. Civ. App. Tex., 10th Sup. Jud. Dist. Certiorari denied.